IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02461-MSK-BNB

DONGAH ELECOMM, a Korean corporation,

Plaintiff,

v.

CARRIER ACCESS CORPORATION, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 14, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 13, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge